1

2

3    **JS-6**

4

5

6

7

8    UNITED STATES DISTRICT COURT

9    CENTRAL DISTRICT OF CALIFORNIA

10

11   MI AE CHOI, an individual,              Case No.:  8:17-cv-00304-AG-AJWx

12              Plaintiff,                   **ORDER GRANTING
                                             STIPULATION TO DISMISS
13        v.                                 WITH PREJUDICE DEFENDANT
                                             CALIBER HOME LOANS, INC.**
14   WASHINGTON MUTUAL BANK,
     FA; MTC FINANCIAL, INC., a
15   California Corporation; CALIBER
     HOME LOANS, INC., a Delaware
16   Corporation; AND DOES 1-10,
     INCLUSIVE,
17
                Defendants.
18

19

20

21

22

23

24

25

26

27

28

1    Based upon the Stipulation submitted by and between MI AE CHOI

2    ("Plaintiff"), on the one hand, and defendant Caliber Home Loans Inc. ("Caliber"),

3    on the other hand, it is hereby **ORDERED, ADJUDGED AND DECREED**:

4        Plaintiff's Complaint as to defendant Caliber is **DISMISSED WITH**

5    **PREJUDICE**.  Each party to bear its own costs.

6

7

8    Dated:    May 8        , 2017    By: _____

9                                        United States District Judge
                                         Andrew J Guilford
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

70329-0411/134543529.1

ORDER RE: DISMISSAL
2:16-cv-02772-JAM-KJN